UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JERMELL UPTON, | ) | CASE NO. 2:21-cv-00025 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS MARCUS, III, and TROY DESIGN & MANUFACTURING CO., INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants Thomas Marcus, III and Troy Design & Manufacturing Co., Inc. ("Defendants"), by counsel, hereby remove this matter from the Superior Court of Lake County, Indiana, to the Hammond Division of the United States District Court for the Northern District of Indiana pursuant to 28 U.S.C. §§1332, 1441 and 1446, and in support thereof, state as follows:

1. On December 21, 2020, Plaintiff Jermell Upton ("Plaintiff") filed a lawsuit in the Superior Court of Lake County, Indiana, captioned *Jermell Upton v. Thomas Marcus, III and Troy Design & Manufacturing Co., Inc.,* Cause No. 45D10-2012-CT-001246 ("State Court Action").

2. Defendants were served with a Summons and Complaint for the State Court Action on January 2, 2021, via certified mail. Defendants have attached within Exhibit A to this Notice of Removal a true and correct copy of the Summons and Complaint and copies of all pleadings that have been filed in the State Court Action. Defendants have not served an answer in the State Court Action.

3. This Notice of Removal is filed within 30 days of receipt of the initial pleading by

Defendants, and within one year of the commencement of the State Court Action, as mandated by 28 U.S.C. § 1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). Accordingly, removal of this lawsuit is timely.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship and the damages sought exceed the sum of $75,000 as demonstrated by the following:

a. Plaintiff was at the time of the incident giving rise to this litigation and is now domiciled in and a citizen of the State of Texas.

b. Defendant Thomas Marcus, III was at the time of the incident giving rise to this litigation and is now domiciled in and a citizen of the State of Michigan.

c. Defendant Troy Design & Manufacturing Co., Inc. was, at the time of the commencement of this action and at the present time, a corporation organized and duly incorporated under the laws of the State of Michigan with its principal place of business also located in the State of Michigan. A corporation is deemed to be a citizen of both its state of incorporation and the state in which it maintains its principal place of business. 28 U.S.C. § 1331(c)(1). Thus, Defendant Troy Design & Manufacturing Co., Inc. was at the time of the commencement of this action and is now domiciled in and a citizen of the State of Michigan.

d. Plaintiff alleges physical injuries as well as damages associated with medical expenses, lost wages, and pain and suffering. (*See* Exhibit A, Plaintiff's Complaint, ¶¶ 4-5). The totality of Plaintiff's claimed past and future medical expenses and lost wages, combined with anticipated claims for pain and suffering, exceeds $75,000. Indeed, the demand asserted by Plaintiff's counsel in its communications with

Defendants was in excess of the $75,000 jurisdictional threshold. Therefore, the amount in controversy satisfies the jurisdictional requirements for removal to this Court.

5. This lawsuit is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. Further, removal to this judicial district is proper under 28 U.S.C. § 1441(a), as this district and division embrace Lake County, Indiana, where the lawsuit is pending.

6. This Notice is accompanied by copies of all process, pleadings, and orders served upon or by Defendants in this lawsuit. (*See* Exhibit A).

7. Promptly after it is filed with this Court, Defendants will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Superior Court of Lake County, Indiana.

WHEREFORE, Defendants Thomas Marcus, III and Troy Design & Manufacturing Co., Inc. file this Notice of Removal so that the State Court Action pending in the Superior Court of Lake County, Indiana, under Cause No. 45D10-2012-CT-001246, is removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Kevin C. Schiferl*
Kevin C. Schiferl, #14138-49
Benjamin J. Morrical, #36255-49
*Attorneys for Defendants Thomas Marcus, III, and Troy Design & Manufacturing Co., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January 2021, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Frank Wolferd
Ryan Lindinger
BLACKBURN & GREEN
2620 West Lincoln Highway
Merrillville, IN 46410
fwolferd@blackburnandgreen.com
rlindinger@blackburnandgreen.com
*Attorneys for Plaintiff*

                                              */s/Kevin C. Schiferl*
                                              Kevin C. Schiferl

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
317-237-3900 (fax)
kschiferl@fbtlaw.com
bmorrical@fbtlaw.com

LR07400.0739403   4849-8506-8758v1