| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE | COURT |
| | ) SS: | | |
| COUNTY OF LAKE | ) | CAUSE NO. 45D10-2012-CT-001246 | |

JERMELL UPTON, )
)
      Plaintiff, )
)
vs. )
)
THOMAS MARCUS, III, and TROY )
DESIGN & MANUFACTURING CO., )
INC., )
)
      Defendants. )

## COMPLAINT FOR DAMAGES

### COUNT I

Plaintiff, Jermell Upton, for his first claim for relief states:

1.    On February 18, 2019, Plaintiff, Jermell Upton, was driving his vehicle west on I-80 in Hammond, Lake County, Indiana. Defendant, Thomas Marcus, III, was driving a vehicle owned by Troy Design & Manufacturing Co., Inc., west on I-80 when he switched lanes due to slowing traffic and crashed into the rear of the Plaintiff's slowing vehicle.

2.    The collision was responsibly caused by the carelessness and negligence of the Defendant, Thomas Marcus, III in the operation of the vehicle for failing to maintain and keep a reasonable and proper lookout, failing to maintain control over his vehicle and unsafe lane movement in violation of I.C. 9-21-8-24.

3.    Defendant, Troy Design & Manufacturing Co., Inc. is vicariously liable for the careless and negligent acts of its employee and/or agent, Thomas Marcus, III, while in the course and scope of his employment at the time of the crash.

4.    As a result of the collision, the Plaintiff, Jermell Upton, sustained physical

injuries which may be permanent and ongoing pain and suffering.

5. As a further result of the collision, the Plaintiff incurred hospital and medical expenses, lost wages and may incur such expenses and losses in the future, as well as the loss of a whole and useful life.

WHEREFORE, Plaintiff, Jermell Upton, demands judgment against the Defendants, Thomas Marcus, III and Troy Design & Manufacturing Co., Inc. in an amount that will reasonably compensate him for the injuries and damages sustained, for the costs of this action and for all other just and proper relief in the premises and for trial by jury.

*/s/ Frank Wolferd*
Frank Wolferd (31138-46)
Ryan Lindinger (26454-45)
Attorneys for Plaintiff
BLACKBURN & GREEN
2620 W. Lincoln Hwy
Merrillville, IN 46410
Telephone: (219) 769-7415

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE | COURT |
| | ) SS: | | |
| COUNTY OF LAKE | ) | CAUSE NO. | 45D10-2012-CT-001246 |

JERMELL UPTON, )
)
      Plaintiff, )
)
vs. )
)
THOMAS MARCUS, III, and TROY )
DESIGN & MANUFACTURING CO., )
INC., )
)
      Defendants. )

## JURY DEMAND

Comes now Plaintiff, Jermell Upton, by counsel, and demands trial by jury.

*/s/ Frank Wolfer*
Frank Wolfer (31138-46)
Ryan Lindinger (26454-45)
Attorney for Plaintiff
BLACKBURN & GREEN
2620 W Lincoln Hwy
Merrillville, IN 46410
Telephone: (219) 769-7415

Page 1 of 1